IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LYDIA BENT, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 3:15-cv-340-N |
| § | |
| U.S. BANK, NATIONAL § | |
| ASSOCIATION, AS TRUSTEE FOR § | |
| THE SPECIALTY UNDERWRITING § | |
| AND RESIDENTIAL FINANCE § | |
| TRUST MORTGAGE LOAN ASSET- | |
| BACKED CERTIFICATE SERIES | |
| 2006-AB2, ET AL., | |
| Defendants. | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 30, 2015, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 27th day of April, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE