IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LYDIA BENT, ET AL., | § <br> § <br> § |
| Plaintiffs, | § <br> § |
| v. | § <br> §   No. 3:15-cv-340-N |
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATE SERIES 2006-AB2, ET AL., | § <br> § <br> § <br> § <br> § |
| Defendants. | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 14, 2015, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 14th day of January, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE